IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.**

RAYMOND CAMACHO,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS
CORRECTIONAL OFFICER RODRIGUEZ, in his individual capacity
CORRECTIONAL OFFICER FORD, in her individual capacity
UNKNOWN CORRECTIONAL OFFICERS, in their individual capacity

    Defendants.

---

### SUMMONS IN A CIVIL ACTION

---

    To:    COLORADO DEPARTMENT OF CORRECTIONS
            CORRECTIONAL OFFICER RODRIGUEZ, in his individual capacity
            CORRECTIONAL OFFICER FORD, in her individual capacity
            UNKNOWN CORRECTIONAL OFFICERS, in their individual capacity.

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

1

Kevin C. Flesch
Flesch Law
333 W. Hampden Ave., Ste. 750
Englewood, CO 80110
Telephone: 303-806-8886
Facsimile: 303-806-8882
E-mail: kevinflesch@fleschlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the Court.

Date: _____                                                      CLERK OF COURT

_____