# AFFIDAVIT OF SERVICE

| Case: | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job: 12396257 |
|---|---|---|---|
| **Plaintiff / Petitioner:** RAYMOND CAMACHO | | **Defendant / Respondent:** COLORADO DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER RODRIGUEZ, in his individual capacity CORRECTIONAL OFFICER FORD, in her individual capacity UNKNOWN CORRECTIONAL OFFICERS, in their individual capacity | |
| **Received by:** JAH LEGAL SERVICE, LLC | | **For:** FLESCH LAW | |
| **To be served upon:** COLORADO DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER RODRIGUEZ, in his individual capacity CORRECTIONAL OFFICER FORD, in her individual capacity UNKNOWN CORRECTIONAL OFFICERS, in their individual capacity | | | |

I, ROBERT HILL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** TERESA REYNOLDS, LEGAL ACCES AND LITIGATION MANAGER FOR COLORADO DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER RODRIGUEZ, in his individual capacity CORRECTIONAL OFFICER FORD, in her individual capacity UNKNOWN CORRECTIONAL OFFICERS, in their individual capacity, COMPANY: 1250 ACADEMY PARK LOOP, COLORADO SPRINGS, CO 80910

**Manner of Service:** Authorized, Dec 18, 2024, 10:12 am MST

**Documents:** CIVIL CASE COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND

**Additional Comments:**
1) Successful Attempt: Dec 18, 2024, 10:12 am MST at COMPANY: 1250 ACADEMY PARK LOOP, COLORADO SPRINGS, CO 80910 received by TERESA REYNOLDS, LEGAL ACCES AND LITIGATION MANAGER FOR COLORADO DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER RODRIGUEZ, in his individual capacity CORRECTIONAL OFFICER FORD, in her individual capacity UNKNOWN CORRECTIONAL OFFICERS, in their individual capacity. Age: 50+; Ethnicity: Caucasian; Gender: Female; Weight: 135-140; Height: 5'8"; Hair: Gray; Eyes: Other; Other: Glasses

I declare Under the penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.
Executed on 12-23-2024 at City of Commerce City, Adams County, Colorado

_____   12/23/2024
ROBERT HILL                 Date

JAH LEGAL SERVICE, LLC
14150 E 100th Way
Commerce City, CO 80022
720-662-6165